IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

BRADLEY GREGORY,

                    Plaintiff,

          vs.

LIFE INSURANCE COMPANY OF NORTH
AMERICA,  INGERSOLL-RAND, Inc., a
Nebraska Corporation;

                    Defendants.

**4:13CV3122**

**ORDER ON STIPULATION FOR
VOLUNTARY DISMISSAL WITHOUT
PREJUDICE OF INGERSOLL-RAND
COMPANY, INC.**

A Stipulation for Voluntary Dismissal Without Prejudice of Ingersoll Rand Company, Inc., ECF No. 16, has been entered into by all parties to this action and each agree that pursuant to Fed.R.Cvi.P. 41(a)(1)(A)(ii) Ingersoll-Rand Company, Inc. should be dismissed in this action without prejudice.

IT IS ORDERED that the Stipulation for Voluntary Dismissal Without Prejudice of Ingersoll-Rand Company, Inc. is adopted and Ingersoll-Rand Company, Inc. is dismissed in this action without prejudice.

Dated August 12, 2013.

BY THE COURT:

Warren K. Urbom
United States Senior District Court