IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRADLEY GREGORY,<br><br>            Plaintiff,<br><br>vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA, INGERSOLL-RAND, Inc., a Nebraska Corporation;<br><br>            Defendants. | **4:13CV3122**<br><br>**ORDER OF DISMISSAL** |

Counsel for the plaintiff and the defendant have filed a Stipulation to Dismiss, ECF No. 23, requesting me to dismiss this action with prejudice, with each party paying his or its own costs.

IT IS SO ORDERED.

Dated January 22, 2014.

BY THE COURT:

_/s/ Warren K. Urbom_
Warren K. Urbom
United States Senior District Court